KML Law Group, P.C.
A Professional Corporation incorporated in Pennsylvania
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
(215) 627-1322
Attorneys for Specialized Loan Servicing LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4

| | |
|---|---|
| IN THE MATTER OF:<br><br>Ana Maria Recinos<br><br>DEBTOR(S), | **IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CHAPTER 7<br>CASE NO. 19-14606 MBK<br><br>**NOTICE OF MOTION FOR RELIEF FROM STAY** |

TO:

Ana Maria Recinos
1807 Silver Court
Trenton, NJ 08690

Paola D. Vera
Vera, Paola D.
Cabanillas & Associates PC
120 Bloomingdale Rd., Ste 400
White Plains, NY 10605

MCDONNELL, JOHN MICHAEL
115 Maple Avenue (VIA ECF)
Suite 201
Red Bank, NJ 07701

US TRUSTEE
Office of the US Trustee
One Newark Center, Suite 2l00
Newark, NJ 07102


PLEASE TAKE NOTICE THAT the undersigned attorney for **Specialized Loan Servicing LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4**, will apply to the UNITED STATES BANKRUPTCY COURT, located at **U. S. Courthouse, 402 East State Street; Trenton, NJ**, for an Order to Grant Relief from the Automatic

Stay to authorize the moving parties to prosecute a foreclosure action for the reason that the debtors have failed to maintain their monthly mortgage payments to the Secured Creditor as more particularly set forth in the certification submitted herewith. Costs and counsel fees will also be requested. The property involved is known as **1807 Silver Court, Trenton NJ 08690**. The hearing on this matter is scheduled for **April 22, 2019 at 10:00 A.M.**

        **/s/ Denise Carlon, Esq.**
Denise Carlon, Esquire
Brian C. Nicholas, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
(215) 627-1322
dcarlon@kmllawgroup.com
Attorney for Specialized Loan Servicing LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4

Dated: March 28, 2019