## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

In Re:

RECINOS, Ann Maria

Case No.: _____19-14606_____

Chapter: _____7_____

Judge: _____MBK_____

---

### NOTICE OF PROPOSED ABANDONMENT

_____John Michael McDonnell_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  United States Bankruptcy Court Clerk
Clarkson S. Fisher United States Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable _____Michael B. Kaplan_____ on _____May 13, 2019_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ____8____. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  1807 Silver Court
Trenton, NJ  08690

Value: $96,000

Liens on property:          $300,000

Amount of equity claimed as exempt:  $0

Objections must be served on, and requests for additional information directed to:

Name:     John Michael McDonnell

Address:   115 Maple Avenue, Red Bank, New Jersey 07701

Telephone No.: 732.383.7233

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                            Case No. 19-14606-MBK
Ana Maria Recinos                                                                  Chapter 7
             Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Apr 09, 2019
                             Form ID: pdf905           Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
db              +Ana Maria Recinos,    1807 Silver Ct.,    Trenton, NJ 08690-3530
518067482       +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
518067483       +SLS,    8742 Lucent Blvd. Suite 300,    Littleton, CO 80129-2386
518067484       +Traf Group Inc/A-1 Collections,    Attn: Bankruptcy,    2297 St Hwy 33 Ste 906,
                 Hamilton Square, NJ 08690-1717
518067485       +Waypoint Resource Group,    Attn: Bankruptcy,    Po Box 1081,    San Antonio, TX 78294-1081
518067486        Wells Fargo Home Mor,    Attn: Bankruptcy,    Mac X7801-014    3476 Stateview Blvd,
                 Fort Mill, SC 29715

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 09 2019 23:42:53    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 09 2019 23:42:50     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518067479       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 09 2019 23:42:34
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,    Po Box 182125,
                 Columbus, OH 43218-2125
518067480       +E-mail/Text: Bankruptcies@nragroup.com Apr 09 2019 23:43:56     National Recovery Agency,
                 Attn: Bankruptcy,    Po Box 67015,    Harrisburg, PA 17106-7015
518067481       +E-mail/PDF: cbp@onemainfinancial.com Apr 09 2019 23:44:14     OneMain,    Attn: Bankruptcy,
                 601 Nw 2nd St,    Evansville, IN 47708-1013
                                                                                      TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2019 at the address(es) listed below:
             Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
              Morgan Stanley ABS Capital I Inc. Trust 2006-HE4 dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
             John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
              NJ95@ecfcbis.com,bcrowley@mchfirm.com
             John Michael McDonnell    jmcdonnell@mchfirm.com,    NJ95@ecfcbis.com,bcrowley@mchfirm.com
             Paola D. Vera    on behalf of Debtor Ana Maria Recinos pvera@cabanillaslaw.com,
              bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
             Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
              Morgan Stanley ABS Capital I Inc. Trust 2006-HE4 rsolarz@kmllawgroup.com
             U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 6